IN THE UNITED STATES DISTRICT COURT
FORE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY L. KLOTZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO. 21-589 |
| Commissioner of Social Security | : | |

# **O R D E R**

AND NOW, this 21st day of November 2023, upon consideration of Plaintiff's request for review (Doc. 10), the response (Doc. 13), and after careful consideration of the administrative record (Doc. 7), IT IS HEREBY ORDERED that:

1. Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is DENIED; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY, U.S.M.J.